JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEACHBODY, LLC,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>ICON HEALTH & FITNESS, INC.<br>d/b/a/ RIP:60 and RIP60.COM,<br><br>　　　　　Defendants. | Civil Action No. CV 11-01984 DMG (PJWx)<br><br>Hon. Dolly M. Gee<br><br>**ORDER FOR DISMISSAL**<br><br>Complaint Filed: March 8, 2011 |

Pursuant to a stipulation of the parties and good cause appearing, it is hereby ordered that the above captioned matter is dismissed with prejudice in its entirety, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: October 20, 2011

　　　　　　　　　　　　　　　　　　　HON. DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　United States District Judge

Respectfully Submitted:
MANATT, PHELPS & PHILLIPS, LLP
CHAD S. HUMMEL (Bar No. CA 139055)
E-mail: CHummel@manatt.com
KATHRIN A. WANNER (Bar No. CA 188592)
E-mail: KWanner@manatt.com
11355 West Olympic Boulevard, Los Angeles, CA 90064-1614
Telephone: (310) 312-4000 / Facsimile: (310) 312-4224